No. 4034.—Sucesión Ramírez Cherena, aplda. *v.* Troche Rodríguez et al., aplte. el primero. ▮▮▮▮▮▮▮ Abril 2, 1929. Celebrada la vista de esta apelación interpuesta por el demandado contra la negativa de la corte inferior a concederle un nuevo juicio: habiendo resuelto nosotros en el día de hoy la apelación No. 4162 del mismo demandado contra la sentencia dictada contra él, revocándola y declarando sin lugar la demanda e improcedente la contrademanda, no es necesario resolver si el nuevo juicio debió serle concedido y por este motivo *se desestima* la apelación.

No. 4917.—Rodríguez Mattei et al., apldos. *v.* Rodríguez Cuevas, aplte.—C. D. Ponce. ▮▮▮▮▮▮ Marzo 25, 1929.

Por cuanto, la apelación se interpuso en este caso el 19 de mayo de 1928 y vencida el 14 de enero, 1929, la última prórroga concedida al taquígrafo para preparar la transcripción, la parte apelante nada más ha gestionado, y

Por cuanto, basándose en tal motivo la parte apelada ha solicitado la desestimación del recurso, sin que la apelante se haya opuesto:

Por tanto, se desestima, por abandono, el recurso.